# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| DE LAGE LANDEN FIN. SERVS., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFERSON CNTY. BD. OF EDUC., ) <br> ) <br> Defendant. ) | No. 3:10-CV-145 <br> (Phillips) |

## ORDER

This matter is before the Court on defendant Jefferson County Board of Education's ("Board") Motion to Stay Discovery [Doc. 18]. The Board requests that the Court stay discovery until the parties conduct a discovery conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. [Id.]. The Board states that despite not holding a Rule 26(f) conference, Plaintiff has served the Board with its First Set of Interrogatories, a Request for Production of Documents, and a Request for Admissions. [Id.].

For good cause stated, the Board's Motion to Stay Discovery [Doc. 18] is **GRANTE**D, whereby discovery in this case is **STAYED** until the parties conduct a Rule 26(f) discovery planning conference. The parties shall conduct the Rule 26(f) conference by **APRIL 4, 2011**.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge

1